## THIRD DEPARTMENT, FEBRUARY TERM, 1888.

Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Matthew Marx, Respondent v. Elizabeth M'Cloud, Appellant. — Order dismissing complaint and judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

James H. Rohme, Respondent, v. The Fire Association of Philadelphia, Appellant.—Judgment affirmed, with costs. Opinion by Pratt, J.

Mary A. Moore, Appellant, v. The Metropolitan Life Insurance Company, Respondent.— Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Nicholas Delany, Respondent, v. Peter J. Sullivan, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Fannie M. Ingram, Appellant, v. Supreme Council, American Legion of Honor, Respondent.— Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Elizabeth Byrnes, Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs, and motion to set aside verdict affirmed, with costs and disbursements. Opinion by Dykman, J.

Anna Geils, Appellant, v. William H. Beadleston and others, Respondents. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Matter of Hubert O. Thompson —Order confirming award as to parcels 103 and 113 affirmed, with costs and disbursements. Opinion by Pratt, P. J.; Barnard, P. J., not sitting.

Owen Cullen, Respondent, v. The National Sheet Metal Roofing Company, Appellant.—Motion denied

Henry W. McNeal, Respondent, v. Cassell & Co. (Limited), Appellants. — Judgment and order denying new trial upon appeal of the defendant affirmed, with costs to the plaintiff.

Henry W. McNeal, Respondent, v. Cassell & Company (Limited), Appellant. — Judgment upon plaintiff's appeal affirmed, without costs.

Louis J. Licht v. Granger & Gregg Brewing Company. The motion denied, with ten dollars costs to abide event. Opinion by Barnard, P. J., filed with papers.

Matter of Application of Staten Island Rapid Transit Railroad Company, to acquire certain lands.—Order denying motion to remove commissioners affirmed, without costs. Order denying leave to file supplemental answer affirmed, without costs. Order confirming report of commissioners affirmed, without costs.

---

## THIRD DEPARTMENT, FEBRUARY TERM, 1888.

The People of the State of New York ex rel. William Mertens v. Frederick Cook as Secretary of State.—Order affirmed, with ten dollars costs and printing disbursements. Mem. by Fish, J.

Elizabeth Robertson, Respondent, v. John B. Schermerhorn, Appellant. Judgment affirmed, with costs. Opinion by Fish, J.

Suplian Sampica, Respondent, v. John Hurd and others, Appellants.—Judgment affirmed, with costs. Opinion by Landon, J.

Simeon Bly, Respondent, v. Village of Whitehall, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J., and by Fish, J., dissenting.

Catharine S. Hermann, Administratrix, etc., Respondent, v. Charles H. Roberts, Appellant. Reargument ordered.

Edgar M. Payn and another Respondents, v. Ellen M. Ronan and others, Executors, etc., of Patrick Ronan, Appellants. — Judgment affirmed, with costs. Opinion by Landon, J.

Clinton M. Ball, Respondent, v. John B. Tibbetts, Appellant. — Judgment reversed, new trial granted, referee discharged, costs to abide the event. Opinion by Fish, J.

Russell C. Case, Respondent, v. George M. Hitchins, Appellant.—Judgment affirmed, with costs. Opinion by Fish, J.

Caroline Carpenter, Respondent, v. Cynthia Carpenter and others, Administrators, etc., of John Carpenter, deceased, Appellants.—Judgment reversed, new trial granted, costs to abide event. Opinion by Fish, J.

Hannah M. Brown, Appellant, v. Adelbert Brown, Respondent.— Judgment affirmed, with costs.

Wellington Porter, Respondent, v. Aaron H. Woodward and others, Impleaded, etc., Appellants.— Interlocutory judgment reversed, with costs of appeal and judgment directed for defendants on the demurrer, with costs. Opinion by Landon, J.

Charles E. Patterson, as Receiver, etc., Appellant, v. Daniel Robinson and James E. Pinkham, Respondents.—Judgment affirmed, with costs. Opinion by Landon, J.

In the Matter of the judicial settlement of the accounts of Joseph Hicks, as Executor, etc., of William Hicks, deceased.—Decree of surrogate affirmed, with costs against the Appellant, which may be paid ratably from their share of the fund, the special guardian to have costs of this appeal out of the fund. Opinion by Landon, J.

Martha J. Douglas and another, as Administratrix, etc., Respondent, v. Cornelia A. Hoy as Executrix, etc., and others, Appellants. — Judgment affirmed, with costs. Opinion by Parker, J.

John Measick, Respondent, v. Frances A. Tefft, Appellant. Cornelius Lynch, Respondent, v. Frances A. Tefft, Appellant.— Judgment reversed, with costs. Opinion by Parker, J.

Morgan Lewis, Respondent, v. The Whitehall Lumber Company, limited, and others, Appellants.—Judgment affirmed, with costs. Opinion by Parker, J.

Smith A. Skinner, Respondent, v. The Walter A. Wood Mowing and Reaping Company, Appellant — Judgment affirmed, with costs. Opinion by Parker, J.

David A. Wilder, Respondent, v. The Preferred Mutual Accident Association of New York, Appellant —Judgment affirmed, with costs. Opinion by Parker, J.

Richard Chapin, Appellant, v. The Merchants National Bank of Whitehall, Respondent.— Judgment affirmed, with costs. Opinion by Parker, J.

Truman Sweet, Respondent, v. Serena Warren and another, executors, etc., Appellants. — Judgment reversed, new trial granted, costs to abide event. Opinion by Parker, J.; Fish, J., taking no part.

In the Matter of Proving the Last Will and Testament of Josiah Myer, deceased.—Decree of surrogate affirmed, with costs. Opinion by Landon, J.

Edgar T. Brackett, Administrator, etc., Plaintiff, v. Chester Griswold, Defendant.— Judgment affirmed, with costs. Opinion by Fish, J.; Landon, J., taking no part.

Cornelius Jackson, Respondent, v. The Fire Association of Philadelphia, Appellant.— Judgment affirmed, with costs. Opinion by Potter, J.

Hiram B. Winslow and Charles Winslow, Plain-